CAMPBELL CONCRETE OF CALIFORNIA INC., a California corporation, Plaintiff—Appellant,

Campbell Concrete of Nevada, Inc., a Nevada corporation, Plaintiff-counter-defendant—Appellant,

v.

AMERICAN INTERNATIONAL GROUP, INC., a New Jersey corporation; Willis Construction Services of New Jersey, a New Jersey corporation; AI Credit Corporation, Defendants,

American International Specialty Lines Insurance Company, a member of the American International Group Inc.;— National Union Fire Insurance Co., a member of the American International Group Inc.; Lexington Insurance Company, a member of the American International Group Inc.; American Home Assurance Company, a member of the American International Group Inc., Defendants-counter-claimants,

and

Premium Finance Specialists Inc., a Missouri corporation, Defendant-counter-claimant—Appellee.

No. 04–57140.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 5, 2007.*

Filed Feb. 12, 2007.

Craig E. Lindberg, Esq., The Williams Law Firm, PC, Newport Beach, CA, for Plaintiff–Appellant and for Plaintiff-counter-defendant—Appellant.

Jeffrey A. Rosenfeld, Esq., DLA Piper Rudnick Gray Cary, US LLP, Catherine D. Meyer, Esq., Pillsbury Madison, et al., LLP, Los Angeles, CA, Elizabeth A. Kendrick, Esq., Keesal Young & Logan, Long Beach, CA, for Defendants.

Lawrence C. Meyerson, Esq., Lawrence C. Meyerson, A P.L.C., Beverly Hills, CA, for Defendant-counter-claimant—Appellee.

Before: HALL, O'SCANNLAIN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

After a de novo review, there was sufficient admissible evidence in the district court's file to establish that there were no genuine issues of material fact. *See Carmen v. S.F. Unified School Dist.*, 237 F.3d 1026, 1031 (9th Cir.2001).

Therefore, the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.